**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

PENNY J. SEWARD                                                                                              PLAINTIFF

v.                                           No. 4:05CV01373 JLH

R. JAMES NICHOLSON, Secretary,
Department of Veterans Affairs                                                                            DEFENDANT

## JUDGMENT

For the reasons stated in the Opinion and Order entered separately today, judgment is entered in favor of the defendant. Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE